HARDWARE MUTUAL INSURANCE COMPANY OF THE CAROLINAS, INC., (AND GEORGE R. BATCHELOR, INTERVENOR) v. CHARLES F. GOLD, COMMISSIONER OF INSURANCE; HENRY L. BRIDGES, I. MILLER WARREN, CHARLES F. GOLD, BERRY C. GIBSON AND CURTIS H. FLANAGAN, CONSTITUTING THE BOARD OF TRUSTEES OF THE NORTH CAROLINA FIREMEN'S PENSION FUND; THE NORTH CAROLINA FIREMEN'S ASSOCIATION; C. R. PURYEAR AND RAY E. SCOTT.

(Filed 30 April, 1958.)

APPEAL by plaintiffs from *Bickett, J.,* November, 1957 Civil Term, WAKE Superior Court.

The plaintiff is a North Carolina corporation authorized to write all types of fire and lightning insurance coverage in North Carolina. The defendants and the questions involved in this case are identical with those involved in *Assurance Co. v. Gold, ante* 288. Only the plaintiff and the intervenor are different.

*Allen & Hipp, By: Arch T. Allen,*
*Joyner & Howison, By: W. T. Joyner, Jr., for plaintiffs, appellants.*
*George B. Patton, Attorney General,*
*T. W. Bruton, Assistant Attorney General,*
*Ehringhaus & Ellis for defendants, appellees.*

PER CURIAM: Decision in this case is governed by the decision of *American Equitable Assurance Company of New York, et als., v. Charles F. Gold, Commissioner of Insurance, et als., ante,* 288. Upon the authority of that case, the order denying the petition to intervene is affirmed, and the judgment sustaining the demurrer is

Reversed.

Winborne, C. J., took no part in the consideration or decision of this case.